

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| BRUCE EDWARD GILMORE,<br>    Plaintiff,<br><br>vs.<br><br>HARRY C. DEPEW, Attorney, and WARREN<br>B. GIESE, Solicitor for Fifth Judicial Circuit,<br>    Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO.  6:07-2657-HFF-WMC<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that this case be dismissed, *without prejudice*, and without issuance and service of process. The Report is made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on August 3, 2007. Plaintiff failed to file any objections to the Report.[*] In the absence of objections, the Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court that this case be **DISMISSED**, *without prejudice*, and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 24th day of August, 2007, in Spartanburg, South Carolina.

s/ Henry F. Floyd<br>
HENRY F. FLOYD<br>
UNITED STATES DISTRICT JUDGE

*****

### NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified of the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

[*]The Court notes that Plaintiff is likely unaware of the Report because, on August 14, 2007, Plaintiff's copy of the Report was returned to the Clerk of Court, marked "NO LONGER AT THIS ADDRESS/RETURN TO SENDER" and "RETURN TO SENDER/NOT DELIVERABLE AS ADDRESSED/UNABLE TO FORWARD." Additionally, the Court's August 3, 2007, Order was returned to the Clerk of Court on the same date. However, the Court is unable to locate a current address for Plaintiff through the South Carolina Department of Corrections Prison Inmate Locator for state and county facilities. In light of the record in this case, the Court has no option but to dismiss the action.